**Order filed September 27, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00777-CV

_____

## IN THE INTEREST OF N.R. AND J.R., II., CHILDREN

**On Appeal from the 300th District Court
Brazoria County, Texas
Trial Court Cause No. 90413F**

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case"). The notice of appeal was filed on September 4, 2018. Appellant has established indigence or is presumed to be indigent. *See* Tex. R. App. P. 20.1(a).

The reporter's record was originally due September 14, 2018 (10 days after the notice of appeal was filed). *See* Tex. R. App. P. 35.1(b); 28.4(a)(1). We granted extensions until September 24, 2018, to file the reporter's record to each of three court reporters, including **Terri Sanchez**.

On September 24, 2018, the clerk of the court received volumes 5 and 6 of the reporter's record from Sanchez via the court reporter's e-filing portal at rsp.txcourts.gov. The clerk rejected the submission because the exhibit volume (volume 6) was incomplete. The clerk notified Sanchez that morning of the rejection and asked her to correct the deficiency and resubmit the record to the e-filing portal. No response has been received, and the volumes have not been resubmitted.

Accordingly, we order **Terri Sanchez** to file volumes 5 and 6 of the reporter's record by **October 1, 2018**. If Sanchez does not comply with this order, we will order the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM